took no part in the consideration or decision of this petition. ■

No. 02–1404. CITY AND COUNTY OF SAN FRANCISCO, CALIFOR-NIA, ET AL. *v.* BANK OF AMERICA ET AL. C. A. 9th Cir. Certio-rari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–10299. CHUNG *v.* MEYERS, WARDEN, ET AL. C. A. 3d Cir. Certiorari before judgment denied.

No. 01–10341. HERNANDEZ OCANA *v.* PUERTO RICO POLICE DEPARTMENT, 537 U. S. 841;

No. 02–7467. LORRAINE *v.* COYLE, WARDEN, *ante,* p. 947;

No. 02–7572. STRUBEL ET VIR *v.* UNITED STATES, 537 U. S. 1133;

No. 02–7927. WATANABE *v.* LOYOLA UNIVERSITY OF CHICAGO ET AL., 537 U. S. 1200;

No. 02–7937. MARINICH *v.* PEOPLES GAS LIGHT & COKE CO., *ante,* p. 909;

No. 02–8287. AREVALO *v.* GEORGIA, *ante,* p. 962;

No. 02–8422. SCIALLA *v.* PASCACK VALLEY HOSPITAL, *ante,* p. 926;

No. 02–8430. SCHEIB *v.* PORT AUTHORITY TRANSIT CO. ET AL., *ante,* p. 926;

No. 02–8546. IN RE ROSS, *ante,* p. 921;

No. 02–8757. SHELTON *v.* ROTHOVE, *ante,* p. 950;

No. 02–8790. CAMPBELL *v.* UNITED STATES, *ante,* p. 933;

No. 02–8923. IN SOO CHUN *v.* EMPLOYMENT SECURITY DE-PARTMENT OF THE STATE OF WASHINGTON, *ante,* p. 957;

No. 02–9038. WYNN *v.* JENKINS, CHAIRMAN, VIRGINIA PAROLE BOARD, ET AL., *ante,* p. 966; and

No. 02–9190. GARRETT *v.* UNITED STATES, *ante,* p. 954. Peti-tions for rehearing denied.

No. 02–7540. PATTERSON *v.* UNITED STATES POSTAL SERVICE, 537 U. S. 1132; and

No. 02–8407. CLAIBORNE *v.* IRWIN, *ante,* p. 913. Motions for leave to file petitions for rehearing denied.